7/8/16

14 CIV 6420

United States District Court
Southern District of New York

Alvin Rogers

— vs —

FIT, Mario Federici,
Henry Welt

Dear Honorable Torres

Yes, I plan to proceed my case with counsel. However, I'm still discussing terms with him. If possible, we would like two additional weeks to file an appearance on ECF. That said, the new date would be July 26, 2016

Alvin Rogers
Pro Se
7/8/16